12 So. (2nd) 772                                    January Term, 1943
April 6, 1943                                              Division A

*Edwin R. Dickenson,* for appellant.

*J. Tom Watson,* Attorney General, *Woodrow M. Melvin* and *John C. Wynn,* Assistant Attorneys General, for appellee.

PER CURIAM:

This is an appeal from a judgment of conviction of embezzlement. All questions presented have been duly considered and the judgment is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.